246 So.2d 683

### Vernon A. FOSTER et al.
#### v.
### Raymond L. SMITH (Air Vent Awning, Inc., Garnishee).
No. 51323.
April 22, 1971.

In re: Vernon A. Foster and Jo Ann Foster applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 244 So.2d 899.

Writ denied. There is no error of law in the judgment.

246 So.2d 683

### Willis L. GORE et al.
#### v.
### AMERICAN MOTORISTS INSURANCE COMPANY.
No. 51325.
April 22, 1971.

In re: American Motorists Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 244 So.2d 894.

Application denied; the judgment of the Court of Appeal is correct.